**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE JOHNSON,<br><br>　　　　　Petitioner,<br>　v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>　　　　　Respondents. | Case No. 2:21-cv-00707-APG-EJY<br><br>**ORDER**<br><br>(ECF No. 13) |

　　　Good cause appearing, I HEREBY ORDER that Respondents' first motion for enlargement of time **(ECF No. 13) is GRANTED**.  Respondents have until July 15, 2022 to answer or otherwise respond to Petitioner Kyle Johnson's petition for writ of habeas corpus.

　　　Dated:  June 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1